THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* EDDIE SMITH, Defendant-Appellant.

(No. 56729;

First District (3rd Division)—March 8, 1973.

Opinion by Mr. PRESIDING JUSTICE DEMPSEY.

James J. Doherty, Public Defender, of Chicago, (Ronald P. Katz, Assistant Public Defender, of counsel,) for appellant.

No appearance for the People.